**Order entered March 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00021-CR

**LUIS JOSE HERRERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-30982-W**

## ORDER

The reporter's record is overdue. By postcard dated January 9, 2019, we notified court reporter Patricia Holt that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, no reporter's record has been filed and we have had no communication from Ms. Holt.

We **ORDER** court reporter Patricia Holt to file the complete reporter's record in this appeal within **FIFTEEN DAYS** of the date of this order. We caution Ms. Holt that the failure to file the reporter's record by that date will result in the Court taking whatever action it deems appropriate to ensure that this appeal proceeds in a more timely fashion, which may include ordering that Ms. Holt not sit as a court reporter until the reporter's record in this appeal is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court; Patricia Holt, court reporter, 363rd Judicial District Court; and to counsel for all parties.

/s/     CORY L. CARLYLE
            JUSTICE